# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

UNITED STATES OF AMERICA,   )
                            )
v.                          )        CR 215-010-6
                            )
KEVIN THOMAS ELLIS,         )
                            )
        Defendant.          )

## ORDER

Before the Court is Defendant Kevin Ellis's motion for early termination of supervised release. Dkt. No. 420. For the reasons below, his motion is **DENIED.**

### BACKGROUND

On August 3, 2015, pursuant to a written plea agreement, Defendant pleaded guilty to conspiracy to distribute controlled substances. Dkt. Nos. 132, 259. On November 16, 2015, the Court sentenced Defendant to ninety-three months' imprisonment, followed by three years' supervised release. Dkt. No. 259. Defendant has served approximately eighteen months of his thirty-six-month term of supervision and now moves the Court for early termination of same. Dkt. No. 420.

Since his release from Bureau of Prisons' custody, Defendant has maintained a stable residence and employment. However, as part of the underlying offense, he was culpable for

approximately 48.03 grams of "ice" which was a conservative estimate for guideline purposes. Additionally, Defendant is a career offender with two previous drug-related convictions.

Under 18 U.S.C. § 3583(e)(1), a "court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and in the interests of justice."

The Court must carefully weigh a favorable adjustment to Defendant's supervision against his offense of conviction. After consideration, the Court **DENIES** Defendant's motion. Dkt. No. 420.

**SO ORDERED** this 27 day of April, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA